# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    **:**    No. 522
                                          **:**
AMENDMENT OF RULE 1910 OF THE             **:**    JUDICIAL ADMINISTRATION DOCKET
RULES OF JUDICIAL ADMINISTRATION          **:**


## AMENDED ORDER


**PER CURIAM**

     **AND NOW,** this 8th day of October, 2019, it is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1910 of the Rules of Judicial Administration is amended in the attached form**.**

     To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendment is found to be in the interest of efficient administration.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments shall be effective on January 1, 2020.

Additions are **bolded** and are underlined.
Deletions are **bolded** and are [bracketed].